**026-15** FILE

# ELECTRONIC RECORD

COA # 11-12-00306-CR          OFFENSE: 22.01

STYLE: **Travis Edward Anderson v. The State of Texas**          COUNTY: Brown

COA DISPOSITION:    AFFIRMED          TRIAL COURT: 35th District Court

DATE: 10/09/14          Publish: NO   TC CASE #: CR20959

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Travis Edward Anderson v. The State of Texas**          CCA #: **PD--0026-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____   PC: _____

JUDGE: _____          PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**